# United States District Court

WESTERN DISTRICT OF WASHINGTON

RICHARD SHATLEY,

  v.

UNITED STATES OF AMERICA

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5213RJB

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

BASED ON ORAL FINDINGS OF FACT AND CONCLUSIONS OF LAW IT IS ORDERED AND ADJUDGED

Court finds for Defendant and orders judgment entered against Plaintiff for costs. This case is DISMISSED.

 May 18, 2007               BRUCE RIFKIN
                       Clerk

                       s/Dara L. Kaleel
                       By Dara L. Kaleel, Deputy Clerk